# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**VALERIE EMERSON,**

      **Plaintiff,**

**v.**                                       **Case No:  6:14-cv-648-Orl-18GJK**

**COMMISSIONER OF SOCIAL
SECURITY,**

      **Defendant.**

---

## REPORT AND RECOMMENDATION

This cause came on for consideration without oral argument on the following motion filed herein:

| | |
|---|---|
| **MOTION:** | **UNOPPOSED MOTION FOR REMAND UNDER SENTENCE SIX OF 42 U.S.C § 405(g) (Doc. No. 19)** |
| **FILED:** | **February 6, 2015** |

**THEREON** it is **RECOMMENDED** that the motion be **GRANTED**.

On February 6, 2015, the Commissioner of Social Security (the "Commissioner") filed an Unopposed Motion for Remand Under Sentence Six of 42 U.S.C. § 405(g) (the "Motion"). Doc. No. 19. In the Motion, the Commissioner requests that the case be remanded to the Commissioner for a new hearing before an Administrative Law Judge. *See* Doc. No. 15 (Plaintiff's response to the Commissioner's motion to dismiss). Plaintiff has no objection to the relief requested. Doc. No. 19 at 1. Accordingly, it is **RECOMMENDED** that the Court:

    1. **GRANT** the Motion (Doc. No. 19);

2. **REMAND** the case to the Commissioner for further proceedings pursuant to sentence six of Section 405(g) for the reasons set forth above;

3. Direct the Clerk to administratively close the case; and

4. Retain jurisdiction over the case.

Failure to file written objections to the proposed findings and recommendations contained in this report within fourteen (14) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal. **In order to expedite the final disposition of this matter, if the parties have no objection to this report and recommendation they may promptly file a joint notice of no objection**.

Recommended in Orlando, Florida on February 10, 2015.

_____
GREGORY J. KELLY
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Unrepresented Party
Courtroom Deputy