# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

VALERIE EMERSON,

      Plaintiff,

v.                                  Case No: 6:14-cv-648-Orl-18GJK

COMMISSIONER OF SOCIAL
SECURITY,

      Defendant.

## ORDER

THIS CAUSE comes for consideration on the Commissioner of Social Security's Unopposed Motion to Remand Under Sentence Six of 42 U.S.C § 405(g) (Doc. 19) (the "Motion"). The Court referred the Motion to United States Magistrate Judge Gregory J. Kelly for a report and recommendation (Doc. 20). Plaintiff Valerie Emerson filed no objection. Having reviewed the Report and Recommendation, it is hereby **ORDERED** and **ADJUDGED** as follows:

1. United States Magistrate Judge Gregory J. Kelly's Report and Recommendation (Doc. 20) is **APPROVED** and **ADOPTED**.

2. The Court **GRANTS** the Commissioner of Social Security's Unopposed Motion to Remand Under Sentence Six of 42 U.S.C § 405(g) (Doc. 19).

3. The Clerk of the Court is directed to **CLOSE** the case.

4. The Court retains jurisdiction over this action.

**DONE AND ORDERED** at Orlando, Florida, this _25_ day of February, 2015.

                                              G. KENDALL SHARP
                               SENIOR UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of Record